C. CHESITIS REALTY v. DANIEL L. WULFF.

January 26, 1982.

Petition for certification denied.

IN THE MATTER OF HELEN JONES CHARGED WITH
CONTEMPT OF COURT.

January 26, 1982.

Petitions for certification denied.

TOWNSHIP OF BARNEGAT v. DCA OF NEW JERSEY, INC.

January 26, 1982.

Petition for certification denied.  (See 181 *N.J. Super.* 394)

PAMELA McKAY v. STATE OF NEW JERSEY, DEPARTMENT.
OF HIGHER EDUCATION.

January 26, 1982.

Petition for certification denied.